```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 05-45964** |
| **Ronald Earl Foster,** | **NOTICE OF WITHDRAWAL FROM FIRM** |
| Debtor(s). | |

PLEASE TAKE NOTICE THAT attorney Corrine Bielejeski hereby withdraws from the Law Offices of Patrick L. Forte. Patrick L. Forte of the Law Offices of Patrick L. Forte shall remain attorney of record for the above-captioned debtor(s).

Dated: April 6, 2011          /s/ Corrine Bielejeski
                              CORRINE BIELEJESKI, ESQ.

NOTICE OF WITHDRAWAL FROM FIRM